# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| I. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Berman, Richard M | U.S. District Court -S.D.N.Y. | 4/24/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U. S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| --- | --- |
| U.S. District Court<br>40 Centre Street (Room 201)<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2008 APR 29 A 3: 45 FINANCIAL ... RECEIVED

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berman, Richard M | 4/24/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Barnard College |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Greenpoint Bank | Mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Apartment (NY City) | E | Rent | N | W | | | | | |
| 2.  Property Sufffolk County, NY (House & Cottage) | C | Rent | N | W | | | | | |
| 3.  Property, Suffolk County,NY | D | Rent | K | W | | | | | |
| 4.  Aztex Limited Partnershi (real estate) | A | Distribution | J | W | | | | | |
| 5.  Vanguard 500 Index Trust | A | Dividend | M | T | | | | | |
| 6.  Vanguard Total Int'l Index | | None | L | T | | | | | |
| 7.  Vanguard Total Stock Index | | None | L | T | | | | | |
| 8.  U.S. Treasury Bill | A | Interest | N | T | Buy | 10/12 | N | | |
| 9.  U.S Treasury Bill | | | | | Partial Sale | 12/3 | K | A | |
| 10.  U.S. Treasury Bill | | | | | Partial Sale | 12/5 | K | A | |
| 11.  U.S Treasury Bill | | | | | Redeemed | 12/13 | M | | |
| 12.  U.S. Treasury Notes | A | Interest | O | T | Buy | 4/05 | L | | |
| 13.  Comcast Common Stock (A & K) | A | Dividend | M | T | Partial Sale | 1/25 | K | B | |
| 14.  Comcast Common Stock (A & K) | | | | | Partial Sale | 7/31 | K | B | |
| 15.  Comcast Common Stock (A & K) | | | | | Partial Sale | 10/30 | M | B | |
| 16.  Comcast Common Stock (A & K) | | | | | Sale | 11/2 | J | A | |
| 17.  GE Common Stock | A | Dividend | K | T | Buy | 2/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liberty Media Global (A & C) | | None | L | T | Partial Sale | 7/31 | J | B | |
| 19. Liberty Media Global (A & C) | | | | | Partial Sale | 11/02 | K | C | |
| 20. Microsoft Common Stock | A | Dividend | J | T | Partial Sale | 3/02 | J | A | |
| 21. Plum Creek Timber Co. | | None | J | T | Buy | 3/5 | J | | |
| 22. Ebay Inc. Common Stock | | None | K | T | Sale | 1/25 | J | B | |
| 23. Exxon Mobil | A | Dividend | K | T | | | | | |
| 24. John Nuveen Common Stock Fund (Class A) | C | Dividend | M | T | Sale | 11/5 | L | F | |
| 25. Scarsdale, NY Sch. Dist. | A | Interest | K | T | | | | | |
| 26. NYS Env. Facs. Corp. Clean Water | B | Interest | K | T | Buy | 11/08 | K | | |
| 27. Rye City, NY Pub Impt | B | Interest | L | T | | | | | |
| 28. NYS Mort Agency | C | Interest | M | T | | | | | |
| 29. NYS Power Authority | B | Interest | K | T | | | | | |
| 30. NYS Dorn Authority | B | Interest | K | T | Buy | 11/13 | K | | |
| 31. NYS Dorn Authority Mental Heath | A | Interest | K | T | Buy | 11/6 | K | | |
| 32. NYS Dorn Authority Columbia | B | Interest | L | T | Buy | 3/5 | L | | |
| 33. Metro Trans Authority | B | Interest | K | T | Buy | 12/12 | K | | |
| 34. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | B | Interest | L | T | | | | | |
| 36. Schwab Value Advantage Fund | B | Dividend | O | T | | | | | |
| 37. Icon Energy Fund | B | Dividend | K | T | | | | | |
| 38. Icon Healthcare Fund | B | Dividend | K | T | | | | | |
| 39. American Fund New Perspective Class F | B | Dividend | K | T | | | | | |
| 40. Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 41. TCW Galileo Value Oppty | B | Dividend | K | T | | | | | |
| 42. TCW Galileo Value Oppty | B | Dividend | K | T | | | | | |
| 43. Caterpillar | A | Dividend | K | T | Partial Sale | 3/02 | K | B | |
| 44. Fed Ex Corporation | A | Dividend | L | T | Partial Sale | 3/02 | K | B | |
| 45. Google Inc. Class A | | None | L | T | Buy | 2/02 | K | | |
| 46. Google Inc. Class A | | | | | Buy | 2/07 | K | | |
| 47. Google Inc. Class A | | | | | Buy | 2/12 | K | | |
| 48. Google Inc. Class A | | | | | Partial Sale | 6/29 | K | C | |
| 49. Google Inc. Class A | | | | | Buy | 10/09 | K | | |
| 50. Google Inc. Class A | | | | | Partial Sale | 11/02 | K | B | |
| 51. Google Inc. Class A | | | | | Buy | 11/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Google Inc. Class A | | | | | Partial Sale | 11/14 | J | B | |
| 53. Google Inc. Class A | | | | | Buy | 11/20 | J | | |
| 54. Google Inc. Class A | | | | | Buy | 11/21 | J | | |
| 55. Berkshire Hathaway B | | None | K | T | Buy | 11/08 | K | | |
| 56. Goldman Sachs | | None | K | T | Buy | 10/9 | K | | |
| 57. Goldman Sachs | | | | | Partial Sale | 11/14 | K | | |
| 58. Goldman Sachs | | | | | Buy | 11/20 | K | | |
| 59. Goldman Sachs | | | | | Buy | 12/06 | K | | |
| 60. Franklin Income Fund | B | Dividend | L | T | Buy | 1/18 | L | | |
| 61. Lockheed Martin | A | Dividend | L | T | Sale | 3/02 | K | B | |
| 62. Proctor & Gamble, Co. | A | Dividend | J | T | | | | | |
| 63. Amer. Funds Fundamental (F) | A | Dividend | K | T | | | | | |
| 64. Dodge & Cox Int'l Stock Fund | A | Dividend | L | T | | | | | |
| 65. American Growth Fund | A | Dividend | L | T | | | | | |
| 66. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 67. Johnson & Johnson | | | | | Partial Sale | 3/02 | J | B | |
| 68. Johnson & Johnson | | | | | Buy | 3/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Johnson & Johnson | | | | | Buy | 4/17 | J | | |
| 70.  Lockheed Martin | A | Dividend | K | T | | | | | |
| 71.  Publicis N.A. | A | Dividend | L | T | Partial Sale | 3/01 | M | G | |
| 72.  Sunrise Senior Living | A | Dividend | K | T | Partial Sale | 3/02 | K | B | |
| 73.  Amer Funds New Economy | A | Dividend | K | T | | | | | |
| 74.  Amer Funds New Economy | A | Dividend | K | T | | | | | |
| 75.  Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 76.  Publicis Group ORAs | | None | N | T | | | | | |
| 77.  Publicis Group Warrants | | None | M | T | Partial Sale | 6/26 | M | G | |
| 78.  Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | | | | | |
| 79.  Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | | | | | |
| 80.  Firsthand Technology Value Fund | | None | J | T | | | | | |
| 81.  Waste Management Inc. | A | Dividend | J | T | | | | | |
| 82.  Waste Management Inc. | | | | | Buy | 2/8 | J | | |
| 83.  Waste Management Inc. | | | | | Buy | 3/16 | J | | |
| 84.  Waste Management Inc. | | | | | | 4/3 | J | | |
| 85.  Waste Management Inc. | | | | | Partial Sale | 12/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. United Technologies | A | Dividend | J | T | Buy | 2/27 | J | | |
| 87. Wal-Mart Stores Inc. | A | Dividend | J | T | Buy | 1/10 | J | | |
| 88. Walgreen Co | | None | J | T | Buy | 5/24 | K | | |
| 89. Walgreen Co | | | | | Buy | 11/06 | J | | |
| 90. Walgreen Co | | | | | Sale | 12/24 | K | | |
| 91. Raytheon | A | Dividend | J | T | Buy | 2/27 | J | | |
| 92. Pepsico | A | Dividend | J | T | | | | | |
| 93. Spectra Energy | A | Dividend | J | T | Buy | 2/14 | J | | |
| 94. PPG Industries | A | Dividend | J | T | Buy | 12/24 | J | | |
| 95. Kimberly Clark | A | Dividend | J | T | Buy | 3/29 | J | | |
| 96. Forest City Ent. (A) | A | Dividend | J | T | Buy | 12/24 | J | | |
| 97. Duke Energy | A | Dividend | J | T | Buy | 2/27 | J | | |
| 98. EMC Corp. - Mass | | None | J | T | Buy | 2/28 | J | | |
| 99. Encana | A | Dividend | J | T | Buy | 2/27 | J | | |
| 100. E.I. Dupont | A | Dividend | J | T | | | | | |
| 101. Cisco | | None | J | T | Buy | 2/14 | J | | |
| 102. BP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. American Express | A | Dividend | K | T | Buy | 2/14 | K | | |
| 104. Liberty Media Capital (A & B) | | None | L | T | | | | | |
| 105. Rogers Communications | A | Dividend | K | T | Partial Sale | 1/25 | K | B | |
| 106. Rogers Communications | | | | | Partial Sale | 7/31 | K | D | |
| 107. NYS Twy Auth. (Highway & Bridge) | A | Interest | L | T | | | | | |
| 108. NYS Twy Auth. Personal Inc Tax | A | Interest | L | T | Buy | 11/15 | L | | |
| 109. MTA (NY) Muni Bond | B | Interest | M | T | | | | | |
| 110. NYS Dorm Auth. (Revs) | A | Interest | K | T | | | | | |
| 111. Triborough B & T Auth. | B | Interest | L | T | Buy | 11/6 | L | | |
| 112. American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 113. American Funds Washington Mutual Investments | A | Dividend | K | T | | | | | |
| 114. Merill Lynch MM Fund | B | Int./Div. | M | T | | | | | |
| 115. Spartan 500 Index Fid Adv | B | Int./Div. | M | T | Buy | 3/22 | M | | |
| 116. Webster Bank 8-mo CD | A | Interest | L | T | Buy | 7/18 | L | | |
| 117. Alcoa | | None | | | Buy | 3/07 | J | | |
| 118. Alcoa | | | | | Buy | 4/17 | J | | |
| 119. Alcoa | | | | | Sold | 4/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fundamental Investors Fund | A | Dividend | | | Buy | 5/21 | J | | |
| 121. IBM | A | Dividend | J | T | Buy | 3/06 | J | | |
| 122. IBM | | | | | Buy | 4/3 | J | | |
| 123. Western Asset MM Fund | A | Interest | J | T | Buy | 11/02 | | | |
| 124. New Perspective Fund | A | Dividend | J | T | Buy | 11/03 | | | |
| 125. Nisource Inc. | A | Dividend | J | T | Buy | 2/27 | J | | |
| 126. TCW Value Opportunities Fund | A | Dividend | J | T | Buy | 10/9 | | | |
| 127. UPS Class B | A | Dividend | J | T | Buy | 2/27 | J | | |
| 128. Wells Fargo | A | Dividend | J | T | Buy | 2/27 | J | | |
| 129. Wells Fargo | | | | | Sold | 10/16 | J | | |
| 130. Schlumberger Ltd | | None | J | T | Buy | 3/5 | J | | |
| 131. Yahoo Inc. | | None | | | Buy | 2/27 | | | |
| 132. Yahoo Inc. | | | | | Sold | 11/06 | J | | |
| 133. Gannett Co. | | None | | | Buy | 3/13 | J | | |
| 134. Gannett Co. | | | | | Sold | 11/06 | J | | |
| 135. CSX Corp | | | | | Buy | 4/12 | J | | |
| 136. CSX Corp | | | | | Sold | 11/02 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

On my 2006 disclosure report, it appears that items 12, 29, and 31 were inadvertently included having been redeemed in prior years.

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/24/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544